UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **QUIANA NORRIS, individually and on behalf of all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Cause No: 1:09-cv- 543-WTL-TAB ) |
| **JACKSON HEWITT, INC.,** | ) ) |
| **Defendant.** | ) |

## JUDGMENT

The Court having this date granted the motion of Defendant Jackson Hewitt, Inc., seeking to dismiss Plaintiff Quiana Norris's amended complaint, this case is hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED: 06/28/2010

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification